

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-014-CV

WILLIAM P. LEONARD AND KIM LEONARD        APPELLANTS

V.

LARRY SMITH, P.E., INDIVIDUALLY AND        APPELLEE
D/B/A LARRY SMITH ENGINEERING

----------

## FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered the "Agreed Motion To Dismiss Without Prejudice, Appellants' Prematurely Filed Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal without prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: February 12, 2009

---

[1] *See* Tex. R. App. P. 47.4.